3 A.3d 1224

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RENE
BRADLEY–WILLIAMS, A/K/A RENE ROBINSON,
DEFENDANT–PETITIONER.

April 7, 2010.

A petition for certification of the judgment in A–005371–06 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, to reconsider merging count five with count three, similar to the merger of count four with count three.

3 A.3d 1224

SHRENIK BAVISHI, PLAINTIFF–PETITIONER, v. SAM
ALADABBAGH D/B/A DIAMOND INN MOTEL,
DEFENDANT–RESPONDENT.

September 10, 2010.

Denied.

3 A.3d 1224

MARGARET KLEINMAN, PLAINTIFF–PETITIONER, v. DEPART-
MENT OF LABOR, DIVISION OF UNEMPLOYMENT AND DIS-
ABILITY INSURANCE, DEFENDANT–RESPONDENT.

September 10, 2010.

Denied.